**Joseph MCDOWELL, Appellant,**

v.

**Ann BROWN, Chairperson, United States Consumer Product Safety Commission, Appellee.**

No. 02–1787.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2003.

Decided March 13, 2003.

Before BYE, FAGG, and RILEY, Circuit Judges.

PER CURIAM.

Joseph McDowell appeals from the district court's[1] adverse grant of summary

[1]. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was

judgment in his action against the United States Consumer Product Safety Commission alleging race discrimination and retaliation for participating in the Equal Employment Opportunity process. Having reviewed de novo the record and carefully considered the parties' briefs, we agree with the district court's bases for granting summary judgment. *See Whitley v. Peer Review Sys., Inc.,* 221 F.3d 1053, 1055 (8th Cir.2000) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).